# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                              Crim. No.  4:12-CR-82-1FL

TYSHA USHRY

On September 30, 2011, the above named was placed on supervised release for a period of 48 months.  The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision.  It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

 /s/ Robert K. Britt
Robert K. Britt
Senior U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this____3rd_____ day of _____March_____, 2014.

_____
Louise W. Flanagan
U.S. District Judge